FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR ROBERTO GONZALEZ,<br>Defendant. | Case No. 2:15-CR-00443-RGK<br><br>**ORDER OF DETENTION AFTER HEARING**<br>[F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant has been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release. The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that the defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the allegations in the present charging document, his status as a registered sex offender and continued conduct with the victim of his prior offense of conviction, and the recommendations of

detention from both Probation in the original charging district and Pretrial Services in this district.

     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 18, 2015

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE